IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT JOSEPH MONTERO,

      Petitioner,               No. 2:08-cv-1999 JFM (HC)

   vs.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.           ORDER

                               /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, petitioner failed to sign the petition. Rule 11 of the Federal Rules of Civil Procedure requires all litigants to sign pleadings. The Clerk of the Court will be directed to send petitioner a copy of his petition and petitioner will be directed to either file a new petition bearing his signature or sign and return page seven to replace the unsigned page seven of the instant petition.

1

1         Petitioner is cautioned that failure to comply with this order may result in a
2 recommendation that this action be dismissed.
3         In accordance with the above, IT IS HEREBY ORDERED that:
4         1. Petitioner shall submit, within thirty days from the date of this order, an
5 affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
6 petitioner's failure to comply with this order will result in the dismissal of this action;
7         2. The Clerk of the Court is directed to send petitioner a copy of the in forma
8 pauperis form used by this district, and a copy of the petition for writ of habeas corpus filed
9 August 21, 2008; and
10         3. Within thirty days from the date of this order, petitioner shall either file a new
11 petition bearing his signature or submit a signed page seven of the petition to replace the
12 unsigned page in the August 21, 2008 petition.
13 DATED: September 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp.001
mont1999.101a