IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT JOSEPH MONTERO,

    Petitioner,               No. 2:08-cv-1999 JFM (HC)

  vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the People of the State of California as respondent in this action. This individual is not the proper

1

1 respondent in this action.  Accordingly, the instant petition must be dismissed with leave to
2 amend.  See Stanley, 21 F.3d at 360.
3    In addition, petitioner failed to sign the petition.  Rule 11 of the Federal Rules of
4 Civil Procedure requires all litigants to sign pleadings.  Petitioner is cautioned that he should sign
5 his amended petition.
6    In accordance with the above, IT IS HEREBY ORDERED that:
7    1. Petitioner's request to proceed in forma pauperis (docket no. 7) is granted;
8    2. Petitioner's application for writ of habeas corpus is dismissed with leave to file
9 an amended petition within thirty days from the date of this order;
10    3. Any amended petition must be filed on the form employed by this court, must
11 name the proper respondent, and must state all claims and prayers for relief on the form.  It must
12 bear the case number assigned to this action, must bear the title "Amended Petition" and be
13 signed by petitioner; and
14    4. The Clerk of the Court is directed to send petitioner the form for habeas corpus
15 application.
16 DATED:  October 6, 2008.

UNITED STATES MAGISTRATE JUDGE

20 /001; mont1999.122