IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT JOSEPH MONTERO,

    Petitioner,                                No. 2:08-cv-1999 JFM (HC)

    vs.

KATHY MENDOZA-POWERS, Warden,[1]

    Respondent.                               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to substitute Warden Mendoza-Powers as respondent in this action;

        2. Respondents are directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with

---

[1] In his amended petition, petitioner named Avenal State Prison as the respondent. The Clerk of the Court will be directed to substitute the Warden as respondent in this action.

1

the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

    3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

    4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  November 5, 2008.

                                    UNITED STATES MAGISTRATE JUDGE

/001;mont1999.100