IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT JOSEPH MONTERO,

    Petitioner,                            No. 2:08-cv-1999 JFM (HC)

   vs.

JAMES D. HARTLEY, ACTING
WARDEN, AVENAL STATE PRISON,

    Respondent.                          <u>ORDER</u>

                                   /

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 9, 2009, petitioner was directed to show cause why this action should not be dismissed for his failure to comply with this court's orders, and was advised that he may avoid dismissal by filing an amended petition raising only the first ground for relief. On October 19, 2009, petitioner filed an amended petition raising his only exhausted claim. The order to show cause will be discharged.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer to the amended petition.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The October 9, 2009 order to show cause is discharged;

2. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases; and

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent’s answer is filed.

DATED: October 26, 2009.

UNITED STATES MAGISTRATE JUDGE

/001;mont1999.100b